**Opinion issued February 15, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00668-CV

————————————

**WILLOW CREEK GOLF CLUB, INC., Appellant**

**V.**

**WILLOW CREEK MANAGEMENT, INC. AND ALL OCCUPANTS, Appellees**

———

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1199219**

———

## MEMORANDUM OPINION

Appellant, Willow Creek Golf Club, Inc., filed a notice of appeal from the trial court's August 7, 2023 order. On February 7, 2024, appellant filed a motion to dismiss this appeal, stating that appellant and appellees, Willow Creek Management, Inc. and all occupants, had entered into a "Full Release and Settlement Agreement."

Accordingly, "pursuant to and consistent with" that settlement agreement, appellant requested that the Court dismiss its appeal. The motion further requested that court costs be taxed against "the party incurring same."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellees are agreed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the party incurring them. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.